UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-11653-GAO

BERNARD KESSEL and JUNE KESSEL,
Plaintiffs,

v.

GMAC MORTGAGE, LLC,
Defendant.

ORDER
July 8, 2013

O'TOOLE, D.J.

This case arises out of a home loan issued by GMAC to the plaintiffs. The plaintiffs, faced with foreclosure, attempted unsuccessfully to modify their loan. They then brought a two-count complaint in state court alleging violations of the Massachusetts Consumer Protection Act and negligence by GMAC in the loan modification process. The state court enjoined GMAC from foreclosing on the property. GMAC removed the case here and has moved to dismiss (dkt. no. 16) pursuant to Federal Rule of Civil Procedure 12(b)(6). GMAC has also separately moved (dkt. no. 19) to dissolve the injunction. The plaintiffs have not opposed either motion. In addition, plaintiffs' counsel failed to attend a scheduling conference duly noticed by the Court.

After review of the complaint and the defendant's moving papers, both unopposed motions are GRANTED.  The previously entered injunction is DISSOLVED, and the complaint is DISMISSED for failure to state a claim upon which relief can be granted.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge